
ORIGINAL

FILED

07/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

JUL 20 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
STACEY A. CAMPBELL

ORDER

Stacey A. Campbell has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Campbell's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Campbell passed the MPRE in 1995 when seeking admission to the practice of law in Missouri, where Campbell was admitted. Campbell has also taken the MPRE and been admitted to the practice of law in Kansas, Colorado, Utah, Wyoming, and Arizona. The petition states Campbell has practiced law for 26 years "without any ethical or disciplinary issue in any jurisdiction where he is licensed or has been admitted pro had vice." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Stacey A. Campbell to waive the three-year test requirement for the MPRE for purposes of Campbell's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 20 day of July, 2021.

_____
Chief Justice

_____

_(signature)_

_(signature)_

_(signature)_

_(signature)_

_(signature)_

Justices